UNITED STATES COURT OF INTERNATIONAL TRADE                 FORM 1

| Elemental LED Inc.<br><br>                    Plaintiff,<br>v.<br>UNITED STATES,<br>                    Defendant. |
|---|

S U M M O N S

Court No. 23-00148

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Mario Toscano
Clerk of the Court

### PROTEST

| Port(s) of Entry: | 2801, 2809 | Center (if known): | CEE008 - Consumer Products and Mass Merchandising |
|---|---|---|---|
| Protest Number: | 2801-21-101707 | Date Protest Filed: | 03/17/2021 |
| Importer: | Elemental LED Inc. | Date Protest Denied: | 01/31/2023 |
| Category of Merchandise: | LED tape lights | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| M13-1339507-5 | 10/28/2019 | 09/18/2020 | M13-1339934-1 | 12/23/2019 | 10/02/2020 |
| M13-1339519-0 | 10/29/2019 | 09/18/2020 | M13-1339701-4 | 11/19/2019 | 10/16/2020 |
| M13-1339574-5 | 11/04/2019 | 09/25/2020 | M13-1339798-0 | 12/03/2019 | 10/23/2020 |
| M13-1339246-0 | 10/09/2019 | 10/02/2020 | | | |

George R. Tuttle, III
Law Offices of George R. Tuttle, A Professional Corporation
3950 Civic Center Drive, Suite 310
San Rafael, CA 94903
(415) 986-8780 / geo@tuttlelaw.com
       Name, Address, Telephone Number
    and E-mail Address of Plaintiff's Attorney

0192095.pdf

**CONTESTED ADMINISTRATIVE DECISION**

| Appraised Value of Merchandise | | |
|---|---|---|
|  | Statutory Basis | Statement of Value |
| Appraised: |  |  |
| Protest Claim: |  |  |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
|  | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| LED tape lights | 9405.40.8440 / 9903.88.03 | 3.9% / 25% | 8539.50.0090<br><br>or<br><br>9405.40.8440 / 9903.88.37 / 9903.88.38 | 2%<br><br>or<br><br>3.9% / 301 Exclusion |

**Other**
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests:
Whether the imported LED tape lights are properly classified as "LED lamps" under 8539.50.0090 at 2% as claimed, rather than under 9405.40.8440 at 3.9% as assessed, with additional Section 301 duties under 9903.88.03 at 25%; or alternatively, under 9405.40.8440 at 3.9%, but with certain part numbers eligible for Section 301 duty exclusions under 9903.88.37 or 9903.88.38.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/George R. Tuttle, III
*Signature of Plaintiff's Attorney*

July 27, 2023
*Date*